



ENTERED
04/18/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE. | § | |
| | § | |
| CHRIS NEAL WEBB | § | CASE NO. 18-31432-H2-13 |
| | § | |
| DEBTOR(S) | § | Chapter 13 |

### ORDER FOR USE OF CASH COLLATERAL
(Docket No. 24)

The Court has considered the Debtor's Motion for Use of Cash Collateral.

The Court being duly advised in the premises, finds that Debtor's Motion for Use of Cash Collateral has merit. The Debtor's use of cash collateral is necessary for the Debtor's reorganization and that the Debtor should be allowed to use the Cash Collateral to operate his business. Therefore, it is Ordered that:

1. Debtor is authorized to use the Cash Collateral to operate his health supplement retail sales business in accordance with the motion pending further order.

Any party may file an emergency motion requesting reconsideration of the relief granted by this order.

Signed: April 18, 2018.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE