IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE. | § | |
| | § | |
| CHRIS NEAL WEBB | § | CASE NO. 18-31432-H2-13 |
| | § | |
| DEBTOR(S) | § | Chapter 13 |

**2nd AMENDED SCHEDULE E/F
AND CHAPTER 13 UNIFORM CHAPTER 13 PLAN**

2nd Amended Schedule E/F - Creditors Holding Priority Claim/Unsecured Claims, and Amended Uniform Chapter 13 Plan, Motion for Valuation, Plan Summary and Statistical Cover Sheet.

Date: May 08, 2018

Respectfully submitted,
**JESSE AGUINAGA,
ATTORNEY AT LAW, P.C.**

//s// Jesse Aguinaga

Jesse Aguinaga, State Bar No. 00798026
The Center, 8323 S.W. Frwy, Suite 670
Houston, Texas 77074
713/772-7986 - Phone;  713/772-7725 - Fax

**ATTORNEY FOR DEBTOR(S)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE. | § § | |
| CHRIS NEAL WEBB | § § | CASE NO. 18-31432-H2-13 |
| DEBTOR(S) | § | Chapter 13 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 09, 2018, a true and correct copy of the foregoing 2nd Amended Schedule E/F - Creditors Holding Priority Claim/Unsecured Claims, and Amended Uniform Chapter 13 Plan, Motion for Valuation, Plan Summary and Statistical Cover Sheet, was served by U.S. First Class mail and/or ECF on the U.S. Trustee, Standing Chapter 13 Trustee, Debtor(s), Parties at Interest and Parties requesting notice.

Respectfully submitted,
**JESSE AGUINAGA,**
**ATTORNEY AT LAW, P.C.**

//s// Jesse Aguinaga

Jesse Aguinaga, State Bar No. 00798026
The Center, 8323 S.W. Frwy, Suite 670
Houston, Texas 77074
(713)772-7986- Phone; ( 713)772-7725 - Fax

**ATTORNEY FOR DEBTOR(S)**